FILED

2021 MAY -6 PM 1:19

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO. 3:21-cr-39-BJD-MCR

COTY MICHAEL WILTGEN

## INFORMATION

The Acting United States Attorney charges:

## COUNT ONE
### (Deprivation of Rights Under Color of Law)

On or about March 3, 2020, in the Middle District of Florida, the defendant,

COTY MICHAEL WILTGEN,

then employed as a corrections officer, a sergeant, at the Hamilton Correctional Institution Annex ("HCI") in Jasper, Florida, while acting under color of law and while aiding and abetting other officers, restrained and repeatedly struck C.S., an inmate incarcerated at HCI, and willfully deprived C.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from excessive force amounting to cruel and unusual punishment, which resulted in bodily injury to C.S.

In violation of 18 U.S.C. §§ 242 and 2.

KARIN HOPPMANN
Acting United States Attorney

By: /s/ Ashley Washington
Ashley Washington
Assistant United States Attorney

By: /s/ Frank Talbot
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division